1 | ANDRÉ BIROTTE JR.                                    MD JS-6
  | United States Attorney
2 | DENNISE D. WILLETT
  | Assistant United States Attorney
3 | Chief, Santa Ana Branch Office
  | JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
4 | Assistant United States Attorney
  |      8000 United States Courthouse
5 |      411 West Fourth Street
  |      Santa Ana, California  92701
6 |      Telephone:  (714) 338-3538
  |      Facsimile:  (714) 338-3708
7 |      Email: joshua.robbins@usdoj.gov     NOTE: CHANGES MADE BY
  |                                          THE COURT
8 | Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10

11 | UNITED STATES DISTRICT COURT

12 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | IN THE MATTER OF THE          ) CV No. 11-369-AG-PJW
   | EXTRADITION OF                )
14 |                               ) [PROPOSED] ORDER FINDING FUGITIVE
   | J. JESUS VARGAS ALEJOS,       ) EXTRADITABLE
15 |                               )
   | A Fugitive from the           )
16 | Government of Mexico.         )
   |                               ) **ORDER STAYED UNTIL MAY 11, 2011**
17 |                               )
   |                               )
18

19   The Court received a Complaint in this matter filed on

20 November 3, 2010, by Joshua M. Robbins, Assistant United States

21 Attorney ("AUSA") for the Central District of California, acting

22 on behalf of the Government of Mexico, pursuant to its request

23 for the extradition of J. Jesus Vargas Alejos (the "fugitive").

24 The Court also received a Request for Extradition filed on

25 January 12, 2011 by AUSA Robbins.

26   On April 27, 2011, the Court conducted an extradition

27 hearing at which the authenticated documents submitted by the

28 Government of Mexico were received in evidence; official copies

   of several additional documents were submitted and received in

1  evidence on May 2, 2011.  The fugitive appeared with counsel and

2  offered a number of documents, including declarations from the

3  fugitive himself, as well as his counsel and investigator.  The

4  Court has carefully reviewed the evidence, including the

5  Declarations of various attorneys in the Office of the Legal

6  Adviser, Department of State, and had opportunity to observe the

7  fugitive's physical characteristics as compared with the evidence

8  of identification before the Court.

9     The Court finds that:

10    1.  the undersigned judicial officer is authorized under

11 Title 18, United States Code, Section 3184, to conduct an

12 extradition hearing;

13    2.  the Court has personal jurisdiction over the fugitive

14 and subject matter jurisdiction over the case;

15    3.  there is currently in force an extradition treaty

16 between the United States and Mexico;

17    4.  the fugitive has been charged in the requesting state

18 with fraud;

19    5.  these charges constitute extraditable offenses within

20 the meaning of 31 U.S.T. 5059, Article 2, paragraph 1; and

21    6.  the requesting state seeks the extradition of the

22 fugitive for trial for these offenses.

23    Based on the evidence submitted by the requesting country,

24 and for the reasons set forth on the record at the extradition

25 hearing on April 27, 2011, the Court finds that there is probable

26 cause to believe that J. Jesus Vargas Alejos, the fugitive and

27 the same person who is before this court, committed the offense

28 for which his extradition is sought.

1    After considering the evidence submitted by the requesting

2 country, the Court credits the following evidence regarding

3 probable cause: the sworn declarations provided by victims of the

4 charged fraud; the "liability letters" that the fugitive provided

5 to those victims; the accounting statements and additional

6 letters submitted by the Government of Mexico; and the sworn

7 declarations and supporting documents submitted by the Government

8 of Mexico regarding the identification of the fugitive as the

9 individual who committed the charged offense.

10    In addition, based on the evidence submitted by the

11 requesting country, and for the reasons set forth on the record

12 at the extradition hearing on April 27, 2011, the Court finds

13 that the prosecution and enforcement of the penalty for the

14 offense for which extradition is sought has not become barred by

15 lack of time under the law of either the United States or Mexico.

16    After considering the evidence submitted by the requesting

17 country, the Court credits the following evidence regarding the

18 statute of limitations: the statements from the Michoacán

19 criminal court dated January 13, 2010 and November 16, 2010; the

20 sworn affidavit, dated April 12, 2011, from Graciela Lopez Cruz

21 of the Mexican Attorney General's Office; the letter dated May

22 20, 2003 from Miguel Angel Arellano Pulido of the Michoacán

23 Attorney General's Office; the letter dated January 4, 2010 from

24 Luis Francisco Lopez Ramirez of the Morelia Attorney General's

25 Office; the letter dated December 18, 2009 from Tisbe Cazares

26 Mejia of the Mexican Attorney General's Office; and the letter

27 dated April 11, 2011 from Luis Francisco Lopez Ramirez of the

28 Michoacán Attorney General's Office.

1    Based on the foregoing findings, the Court concludes that

2 the fugitive is extraditable for the offense for which

3 extradition was requested, and hereby certifies this finding to

4 the Secretary of State as required under Title 18, United States

5 Code, Section 3184.

6    IT IS THEREFORE ORDERED that a certified copy of this

7 Certification of Extraditability and Order of Commitment be

8 forwarded without delay by the Clerk of the Court to the

9 Department of State, to the attention of the Office of the Legal

10 Adviser;

11    AND IT IS FURTHER ORDERED that the fugitive be committed to

12 the custody of the United States Marshal for this District

13 pending final disposition of this matter by the Secretary of

14 State and surrender to designated agents of the Government of

15 Mexico.

16

17    This order is stayed until May 11, 2011, to allow the

18 fugitive to file an appeal.

19

20 May 3, 2011
   DATE                      THE HONORABLE PATRICK J. WALSH
21                           UNITED STATES DISTRICT JUDGE

22

23
   Presented by:
24

25
    /s/
26 JOSHUA M. ROBBINS
   Assistant United States Attorney
27

28

i